**Russell W. HENDERSON, Appellant,**

v.

**Glenda G. HENDERSON, Respondent.**

**No. WD 44349.**

Missouri Court of Appeals,
Western District.

Oct. 29, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 24, 1991.

Application to Transfer Denied
Jan. 28, 1992.

Thomas E. Hankins, Gladstone, for appellant.

James T. Cook, Kansas City, for respondent.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appeal from decree of dissolution challenging the provisions of the decree relating to child custody, child support and attorney's fees.

Judgment affirmed. Rule 84.16(b).